## Commonwealth *v.* Davis, Appellant.

Before DEFURIA, J.

Submitted September 8, 1975. *John Alden,* and *Groover & Alden,* for appellant; *Vram Nedurian, Jr.,* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Dunn, Appellant.

Before DAVIS, J.

Submitted September 8, 1975. *Arthur K. Ridley,* and *Krawitz, Sigal & Ridley,* for appellant; *Harold A. Thomson, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Erhart, Appellant.

Before WILLIAMS, P. J.

Submitted September 8, 1975. *William H. Robinson, Jr.,* Public Defender, for appellant; *James F. Marsh,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Erhart, Appellant.

Before PALMER, P. J.

 Submitted September 12, 1975. *George A. Heitczman,* Assistant Public Defender, for appellant; *Robert A. Freedberg,* Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Erhart, Appellant.

 Before Brominski, J. 

 Submitted September 8, 1975. *Joseph F. Sklarosky,* Assistant Public Defender, for appellant; *Joseph P. Giovannini, Jr.,* Assistant District Attorney, and *Patrick J. Toole, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Fellman, Appellant.

 Before Vogel, J., without a jury. Submitted September 8, 1975. *Calvin S. Drayer, Jr.,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Gant, Appellant.